KAMER ZUCKER ABBOTT
R. Todd Creer                #10016
Kaitlin H. Paxton            #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel. (702) 259-8640
Fax (702) 259-8646
tcreer@kzalaw.com
kpaxton@kzalaw.com

Attorneys for Defendant
City of North Las Vegas

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAMELA DITTMAR, | ) | Case No. 2:17-cv-02916-JAD-PAL |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| CITY OF NORTH LAS VEGAS, a municipal corporation, | ) | |
| Defendant. | ) | *(First Request)* |

Plaintiff Pamela Dittmar ("Plaintiff") and Defendant City of North Las Vegas ("the City"), by and through their respective counsel of record, stipulate and request that the Court extend the deadline for the City's response to Plaintiff's Complaint from the current deadline of March 9, 2018, up to and including March 23, 2018. In support of this Stipulation and Request, the parties state as follows:

1. Defendant City of North Las Vegas was served with the Summons and Complaint in this matter on February 16, 2018, rendering its response to the Complaint due by March 9, 2018.

2. Counsel for both parties have conferred regarding the City's request for an extension of time, and Plaintiff's counsel has indicated she has no objection to this request.

3. This request is being brought in good faith and is not sought for any improper purpose or other purpose of delay. This request is brought only to provide the City's counsel with sufficient time to review and respond to Plaintiff's Complaint.

1    WHEREFORE, the parties respectfully request that the Court extend the deadline for Defendant City of North Las Vegas to respond to Plaintiff's Complaint, up to and including March 23, 2018.

DATED this 8th day of March, 2018.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Melanie A. Hill | /s/ Kaitlin H. Paxton |
| Melanie A. Hill, Esq.  #8796 | R. Todd Creer, Esq.  #10016 |
| LAW OFFICE OF MELANIE HILL | Kaitlin H. Paxton, Esq.  #13625 |
| 9345 West Sunset Road, Suite 100 | KAMER ZUCKER ABBOTT |
| Las Vegas, Nevada 89148 | 3000 West Charleston Boulevard, Suite 3 |
| Tel: (702) 362-8500 | Las Vegas, Nevada 89102 |
| Fax: (702) 362-8505 | Tel: (702) 259-8640 |
|  | Fax: (702) 259-8646 |
| Attorney for Plaintiff | Attorneys for Defendant |
| Pamela Dittmar | City of North Las Vegas |

**IT IS SO ORDERED.**

March 9, 2018
_____    _____
**DATE**                                                                **UNITED STATES MAGISTRATE JUDGE**