LAW OFFICE OF MELANIE HILL
Melanie A. Hill, Esq.
Nevada Bar Number 8796
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
Tel.: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorney for Plaintiff Pamela Dittmar*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAMELA DITTMAR, | ) | Case No. 2:17-cv-02916-JAD-PAL |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS COMPLAINT [ECF No. 8]** |
| vs. | ) | |
| | ) | |
| CITY OF NORTH LAS VEGAS, a municipal corporation, | ) | |
| | ) | |
| Defendant. | ) | **(First Request)**    **ORDER** |
| | ) | |

Plaintiff Pamela Dittmar ("Plaintiff") and Defendant City of North Las Vegas ("the City"), by and through their respective counsel of record, stipulate and request that the Court extend the deadline for Plaintiff Pamela Dittmar's response to the City's Motion to Dismiss [ECF No. 8] ("the Motion") from the current deadline of April 6, 2018, up to and including April 20, 2018. In support of this Stipulation and Request, the parties state as follows:

1. Plaintiff Dittmar was served with the Motion in this matter on March 23, 2018, rendering its response to the Motion due by April 6, 2018.

2. Counsel for both parties have conferred regarding Plaintiff Dittmar's request for an extension of time, and Defendant's counsel has indicated she has no objection to this request.

3. This request is being brought in good faith and is not sought for any improper purpose or other purpose of delay. This request is brought only to provide Plaintiff Dittmar's counsel with sufficient time to review and respond to the Motion and meet with Ms. Dittmar who has been unavailable due to the illnesses of both of her parents who were both in the hospital last week.

WHEREFORE, the parties respectfully request that the Court extend the deadline for Plaintiff Dittmar to respond to the City's Motion, up to and including April 20, 2018.

DATED this 4th day of April, 2018.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| LAW OFFICE OF MELANIE HILL | KAMER ZUCKER ABBOTT |
| /s/ Melanie Hill | /s/ Kaitlin Paxton |
| Melanie A. Hill, Esq. (NV Bar No. 8796) | Todd Creer, Esq. (NV Bar No. 10016) |
| 9345 W. Sunset Road, Suite 100 | Kaitlin H. Paxton, Esq. (NV Bar No. 13625) |
| Las Vegas, NV 89148 | 3000 West Charleston Boulevard, Suite 3 |
| Tel.: (702) 362-8500 | Las Vegas, NV 89102 |
| Fax: (702) 362-8505 | Tel: (702) 259-8640 |
| Melanie@MelanieHillLaw.com | Fax: (702) 259-8646 |
| *Attorney for Plaintiff Pamela Dittmar* | *Attorney for Defendant City of North Las Vegas* |

IT IS SO ORDERED.

Dated: April 5, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE