# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Pamela Dittmar,<br><br>    Plaintiff<br><br>v.<br><br>City of North Las Vegas,<br><br>    Defendant | Case No.: 2:17-cv-02916-JAD-PAL<br><br>**Order Granting in Part and Denying in Part Stipulation, Denying Motion to Dismiss Without Prejudice, and Vacating Hearing**<br><br>[ECF Nos. 8, 13] |

Pamela Dittmar sues her former employer, the City of North Las Vegas, for discrimination, retaliation, tortious interference with an employment relationship, and negligent hiring, supervision, and retention.[1] The City moves to dismiss Dittmar's claims for intentional discrimination, tortious interference, and negligent hiring, supervision, and retention.[2] The dismissal motion is set to be heard on May 14, 2018.[3]

The parties now stipulate to stay briefing on the motion and vacate the hearing.[4] They explain that Dittmar has requested—but not yet received—a right-to-sue letter from the Nevada Equal Rights Commission (NERC) for a second charge of discrimination that she filed with the NERC about the City. Dittmar intends to amend her complaint to include this second charge once she receives the right-to-sue letter from the NERC. The City consents to Dittmar amending her complaint to include the second charge. The parties also explain that Dittmar and her

---

[1] ECF No. 1.
[2] ECF No. 8.
[3] ECF No. 9.
[4] ECF No. 13.

counsel are determining how to proceed with her fifth and sixth claims in light of the City's dismissal arguments.

My take away from this stipulation is that the parties have agreed that the landscape of this case will change—new claims will be added for the second charge of discrimination and two of Dittmar's current claims might be altered or abandoned. I appreciate that the parties have agreed to these changes and jointly recommend procedures to accommodate them. To ensure a clear record in this case, and because Dittmar's anticipated amendment might moot the City's dismissal motion,

IT IS HEREBY ORDERED that the parties' stipulation **[ECF No. 13] is GRANTED in part and DENIED in part**: Dittmar must file her amended complaint within 30 days of receiving her right-to-sue letter from the NERC; the City's dismissal motion **[ECF No. 8] is DENIED without prejudice to the City's right to reurge it after Dittmar files her amended complaint**; and the May 14, 2018, hearing on the City's dismissal motion is **VACATED**.

Dated: April 24, 2018

_____
U.S. District Judge Jennifer A. Dorsey