MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel:   (702) 362-8500
Fax:   (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorney for Plaintiff Pamela Dittmar*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| PAMELA DITTMAR, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF NORTH LAS VEGAS, a municipal corporation, <br><br> Defendant. | Case No. 2:17-cv-02916-JAD-PAL <br><br> **STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE HER AMENDED COMPLAINT TO FURTHER CONFER ON PLAINTIFF'S CLAIMS** <br><br> **(First Request)**    ECF No. 23 |

Counsel for Plaintiff, Melanie A. Hill of Melanie Hill Law PLLC, and counsel for Defendant, R. Todd Creer and Kaitlin H. Paxton of the law firm of Kamer Zucker Abbott, respectfully submit the following stipulation to extend the deadline for Plaintiff to file her amended complaint to further meet and confer on Plaintiff's amended claims.  The parties make this joint request to extend the deadline for Plaintiff to file her amended complaint to allow the parties additional time meet and confer on the claims Plaintiff will pursue in her amended complaint and meaningfully discuss the arguments raised in Defendant's Motion to Dismiss [ECF No. 8] that was denied without prejudice "to the City's right to reurge it after Dittmar files her amended complaint."  [ECF No. 14].

1. Plaintiff Pamela Dittmar received her right to sue letter from NERC/EEOC for her second charge of discrimination filed with the Nevada Equal Rights Commission ("NERC") on or about July 23, 2018.

– 1 –
STIPULATION TO EXTEND DEADLINE

2. Counsel for both parties are requesting additional time to meaningfully meet and confer and allow Defendant City of North Las Vegas to review Plaintiff's draft amended complaint before it is filed in an attempt to work out any legal issues to eliminate the need to file a new motion to dismiss.

3. The requested extension is not for purposes of delay, but to avoid unnecessary litigation or the wasting of resources and expense on issues that can be resolved between the parties or through further amendment of the complaint before it is filed.

WHEREFORE, the parties respectfully request that the Court extend Plaintiff's deadline to file her amended complaint two weeks until September 7, 2018.

DATED this 24th day of August, 2018.

| MELANIE HILL LAW PLLC | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ Melanie A. Hill<br>Melanie A. Hill, Esq.<br>NV Bar No. 8796<br>520 S. 7th Street, Suite A<br>Las Vegas, Nevada 89101<br>Telephone: (702) 362-8500<br>Facsimile: (702) 362-8505<br>Melanie@MelanieHillLaw.com<br>*Attorneys for Plaintiff Pamela Dittmar* | By: /s/ R. Todd Creer<br>R. Todd Creer<br>NV Bar No. 10016<br>3000 West Charleston Blvd., Suite 3<br>Las Vegas, Nevada 89102<br>Telephone: (702) 259-8640<br>Facsimile: (702) 259-8646<br>tcreer@kzalaw.com<br>*Attorneys for Defendant City of NLV* |

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
August 27, 2018