| | |
|---|---|
| 1 | MELANIE A. HILL, ESQ. |
| | Nevada Bar No. 8796 |
| 2 | **MELANIE HILL LAW PLLC** |
| | 520 S. 7th Street, Suite A |
| 3 | Las Vegas, NV 89101 |
| | Tel:   (702) 362-8500 |
| 4 | Fax:  (702) 362-8505 |
| | Melanie@MelanieHillLaw.com |
| 5 | *Attorney for Plaintiff Pamela Dittmar* |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| PAMELA DITTMAR, | Case No. 2:17-cv-02916-JAD-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPENING BRIEFS ON DEPOSITIONS OF MAYOR JOHN LEE AND RYANN JUDEN** |
| v. | |
| CITY OF NORTH LAS VEGAS, a municipal corporation, | |
| Defendant. | |

Counsel for Plaintiff, Melanie A. Hill of Melanie Hill Law PLLC, and counsel for Defendant, R. Todd Creer and Kaitlin H. Paxton of the law firm of Kamer Zucker Abbott, respectfully submit the following stipulation and order to extend the deadline to file opening briefs on the depositions of Mayor John Lee and Ryann Juden. Counsel for Plaintiff's friend passed away suddenly and unexpectedly yesterday and counsel for Plaintiff needs additional time to prepare Plaintiff's opening brief as a result.

**IT IS HEREBY STIPULATED AND AGREED** between the parties that the deadline to file opening briefs on the issue of taking the depositions of the North Las Vegas City Manager Ryann Juden and North Las Vegas Mayor John Lee shall be extended to March 23, 2019. The parties shall simultaneously file responding briefs addressing the arguments raised in the opposing parties' opening brief on or before March 30, 2019.

///

///

No replies shall be filed and the issue will stand fully briefed once the responding briefs are filed with the Court on or before March 30, 2019.

DATED this 19th day of March, 2019.

| MELANIE HILL LAW PLLC | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ Melanie A. Hill<br>Melanie A. Hill, Esq.<br>Nevada Bar No. 8796<br>520 S. 7th Street, Suite A<br>Las Vegas, Nevada 89101<br>Telephone: (702) 362-8500<br>Facsimile: (702) 362-8505<br>Melanie@MelanieHillLaw.com<br>*Attorneys for Plaintiff Pamela Dittmar* | By: /s/ R. Todd Creer<br>R. Todd Creer, Esq.<br>Nevada Bar No. 10016<br>3000 West Charleston Blvd., Suite 3<br>Las Vegas, Nevada 89102<br>Telephone: (702) 259-8640<br>Facsimile: (702) 259-8646<br>tcreer@kzalaw.com<br>*Attorneys for Defendant City of NLV* |

**IT IS SO ORDERED.**

Dated this 22nd day of March, 2019.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE