KAMER ZUCKER ABBOTT
R. Todd Creer          #10016
Kaitlin H. Paxton      #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
tcreer@kzalaw.com
kpaxton@kzalaw.com

Attorneys for Defendant
City of North Las Vegas

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA DITTMAR, | Case No. 2:17-cv-02916-JAD-BNW |
| Plaintiff, | **STIPULATION AND REQUEST FOR EXTENSION OF DISPOSITIVE MOTION AND JOINT PRETRIAL ORDER DEADLINES** |
| vs. | |
| CITY OF NORTH LAS VEGAS, a municipal corporation, | **(First Request)** |
| Defendant. | |

Pursuant to Local Rule IA 6-1 and Local Rule 26-3, the parties, by and through their respective counsel of record, stipulate and request that the Court grant an extension of time for the remaining deadlines, including dispositive motions, to correspond with today's Order for a three-week extension for limited discovery.  In support of this Stipulation and Request, the parties state as follows:

1. Discovery was scheduled to conclude on December 31, 2020 (ECF No. 71).

2. Defendant filed an Emergency Motion for Protective Order regarding two depositions on December 28, 2020 (ECF No. 72).  In Plaintiff's Response filed on December 31, 2020, she requested the discovery deadline be extended for limited purposes (ECF No. 77).

3. On January 8, 2021, the Court ordered a limited, three-week extension to the discovery deadline from the date of the Order to conduct the two depositions (ECF No. 83). This creates a new discovery deadline of January 29, 2021.

4. Transcripts of depositions typically take two (2) weeks to prepare. Then, the deponents will each have 30 days to review and make any necessary changes to their deposition transcripts.

5. Based on this time frame, the deposition review/correction process will likely not be completed before the current February 1, 2021 dispositive motion deadline.

6. Since the depositions taken by the parties may be important for briefing any dispositive motions that are filed, the parties are seeking an extension of time of the dispositive motion deadline to allow for the completion of the deposition review process by both parties. The parties further seek a corresponding extension for the Joint Pretrial Order. The new deadlines will be as follows:

   - Dispositive Motion Deadline: **Monday, March 1, 2021**

   - Joint Pretrial Order: Pursuant to LR 26(1)(e)(5) the Joint Pretrial Order shall be filed with this Court no later than thirty (30) days after the date set for filing dispositive motions, which shall be by **Wednesday, March 31, 2021**, unless dispositive motions are filed, in which case the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision on the dispositive motions or further order of this Court. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections shall be included in the final pretrial order.

7. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely to allow sufficient time to complete dispositive motions in this case following the conclusion of the deposition review process as set forth above.

8.  This is the first request for an extension of time of the dispositive motion and Joint Pretrial Order deadlines in this matter.  Pursuant to LR 26-3, this Request has been made at least 21 days prior to the current dispositive motion deadline.

WHEREFORE, the parties respectfully request that the Court extend the dispositive motion deadline from **February 1, 2021 to March 1, 2021** and the Joint Pretrial Order deadline from **March 3, 2021 to March 31, 2021** in this matter.

DATED this 8th day of January, 2021.

Respectfully submitted,                             Respectfully submitted,

MELANIE HILL LAW PLLC                        KAMER ZUCKER ABBOTT

/s/ Melanie A. Hill                                  /s/ Kaitlin H. Paxton
Melanie A. Hill          #8796              R. Todd Creer          #10016
520 S. 7th Street, Suite A                    Kaitlin H. Paxton      #13625
Las Vegas, Nevada 89101                     3000 West Charleston Boulevard, Suite 3
Tel: (702) 362-8500                         Las Vegas, Nevada 89102
Fax: (702) 362-8505                         Tel: (702) 259-8640
                                            Fax: (702) 259-8646

Attorney for Plaintiff                      Attorneys for Defendant
Pamela Dittmar                              City of North Las Vegas

## ORDER

**IT IS SO ORDERED**

**DATED:** 4:29 pm, January 11, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**