MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Suite 150
Las Vegas, NV 89134
Tel:    (702) 362-8500
Fax:    (702) 362-8505
Email: Melanie@MelanieHillLaw.com
*Attorney for Plaintiff Pamela Dittmar*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*****

| | |
|---|---|
| PAMELA DITTMAR,<br><br>           Plaintiff,<br><br>     v.<br><br>CITY OF NORTH LAS VEGAS, a municipal corporation,<br><br>           Defendant. | Case No. 2:17-cv-02916-JAD-BNW<br><br>**STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE, RESPONSE DEADLINES, AND REPLY DEADLINES**<br><br>**(THIRD REQUEST)** |

NOW COMES the Plaintiff, Pamela Dittmar, by and through her attorneys, Melanie A. Hill and Melanie Hill Law PLLC, and Defendant, City of North Las Vegas, by and through its attorneys, R. Todd Creer, Kaitlin H. Paxton, and Kamer Zucker Abbott, who hereby stipulate that the dispositive motion deadline of April 1, 2021 be extended up to and including April 12, 2021 for Plaintiff.

This is the third request for an extension of the dispositive motion deadline. The first request was by stipulation to extend the dispositive motion deadline thirty (30) days from the extended discovery cutoff deadline to complete the remaining two depositions. The second request was by motion due to Plaintiff's counsel's ongoing illness with Covid-19 symptoms. This third request is due to Plaintiff's counsel's immediate family member's emergency hospitalization for nearly one

week.  This Stipulation is made at the request of Plaintiff's counsel for the reasons set forth herein and this is the third stipulation for an extension of the dispositive motion deadline.

In support of this Stipulation and Order, the parties state as follows:

1. The current deadline to file dispositive motions is April 1, 2021.  When the parties first entered into a stipulation to extend the dispositive motion deadline, it was to extend the dispositive motion deadline to thirty (30) days from the extended discovery cutoff deadline to complete the remaining two depositions.  When the parties next entered into a stipulation to extend the dispositive motion deadline, it was to extend the dispositive motion deadline thirty (30) days due to Plaintiff's counsel's ongoing illness with Covid-19 symptoms.

2. Counsel for Plaintiff and counsel for Defendant met and conferred last week about Plaintiff's counsel's immediate family member's emergency hospitalization for nearly one week, Plaintiff's counsel's daughter being off school this week for Easter break with Plaintiff's counsel as her primary caregiver, and the need for a final extension to complete the dispositive motion.

3. Defendant is sympathetic to Plaintiff's counsel's immediate family member's health emergency hospitalization and recognizes the difficulties with the same and her daughter being home from school this week. In that regard, Defendant has entered this stipulation so long as it is not prejudiced in preparing its briefs so the parties have also agreed to extend the response and reply deadlines.

4. The parties have agreed to extend the dispositive motion deadline to April 12, 2021. The parties have further agreed to extend the response deadline to file responses to the dispositive motions until May 7, 2021.  The parties have further agreed that replies will be due on May 28, 2021. No other deadlines are being extended by this stipulation, such as the deadline for discovery and to file a motion to compel written discovery.

5. This stipulation to extend the dispositive motion deadline is brought in good faith, with a showing of good cause, and is not sought for any improper purpose or other purpose of delay, but to allow counsel for the Plaintiff additional time file her dispositive motion due to her immediate family member's health emergency hospitalization and her daughter being home from school this week.  The seven-day extension excluding the weekends will allow counsel the

– 3 –

1  additional time necessary to finalize Plaintiff's dispositive motion.

2  WHEREFORE, the parties respectfully request by this stipulation that the Court extend
3  the dispositive motion deadline of April 1, 2021 up to and including April 12, 2021. The parties
4  further request that the Court extend the deadline to file responses to the dispositive motions until
5  May 7, 2021 and the deadline to file replies to May 28, 2021.

6  DATED this 29th day of March, 2021.

| MELANIE HILL LAW PLLC | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ Melanie A. Hill<br>Melanie A. Hill, Esq. (NV Bar No. 8796)<br>1925 Village Center Circle Drive, Ste. 150<br>Las Vegas, Nevada 89134<br>Telephone: (702) 362-8500<br>Facsimile: (702) 362-8505<br>Melanie@MelanieHillLaw.com<br>*Attorneys for Plaintiff Pamela Dittmar* | By: /s/ R. Todd Creer<br>R. Todd Creer (NV Bar No. 10016)<br>Kaitlin H. Paxton (NV Bar No. 13625)<br>3000 West Charleston Blvd., Suite 3<br>Las Vegas, Nevada 89102<br>Telephone: (702) 259-8640<br>Facsimile: (702) 259-8646<br>kpaxton@kzalaw.com<br>*Attorneys for Defendant City of North Las Vegas* |

**IT IS SO ORDERED:**

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Dated: 4/2/2021