MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Suite 150
Las Vegas, NV 89134
Tel:   (702) 362-8500
Fax:   (702) 362-8505
Email: Melanie@MelanieHillLaw.com
*Attorney for Plaintiff Pamela Dittmar*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| PAMELA DITTMAR,<br><br>     Plaintiff,<br><br>     v.<br><br>CITY OF NORTH LAS VEGAS, a municipal corporation,<br><br>     Defendant. | Case No. 2:17-cv-02916-JAD-BNW<br><br>**STIPULATION TO EXTEND DISPOSITIVE MOTION RESPONSE AND REPLY DEADLINES** & ORDER<br><br>**(Fifth Request)**<br><br>ECF No. 98 |

   NOW COMES the Plaintiff, Pamela Dittmar, by and through her attorneys, Melanie A. Hill and Melanie Hill Law PLLC, and Defendant, City of North Las Vegas, by and through its attorneys, R. Todd Creer, Kaitlin H. Paxton, and Kamer Zucker Abbott, who hereby stipulate that the deadlines to file responses to the currently pending dispositive motions be extended from the current deadline of June 11, 2021 up to and including June 25, 2021 and the deadline to file replies be extended from the current deadline of July 2, 2021 up to and including July 16, 2021.

   This is the fifth request for an extension of the dispositive motion deadline.  The first request was by stipulation to extend the dispositive motion deadline thirty (30) days from the extended discovery cutoff deadline to complete the remaining two depositions.  The second request was by motion due to Plaintiff's counsel's ongoing illness with Covid-19 symptoms.  The third request

due to Plaintiff's counsel's immediate family member's emergency hospitalization for nearly one week. The fourth request was due to Plaintiff's counsel's significant injuries from two separate accidents. This Stipulation is made at the request of Plaintiff's counsel for the reasons set forth herein and this is the fifth stipulation for an extension of the response and reply deadlines.

In support of this Stipulation and Order, the parties state as follows:

1. The current deadline to file dispositive motions is June 11, 2021. When the parties first entered into a stipulation to extend the dispositive motion deadline, it was to extend the dispositive motion deadline to thirty (30) days from the extended discovery cutoff deadline to complete the remaining two depositions. When the parties next entered into a stipulation to extend the dispositive motion deadline, it was to extend the dispositive motion deadline thirty (30) days due to Plaintiff's counsel's ongoing illness with Covid-19 symptoms. The parties then entered into a stipulation for an additional seven (7) days due to Plaintiff's counsel's family member's health emergency. The parties then stipulated to extend the dispositive motion deadline due to Plaintiff's counsel's significant injuries from two separate accidents.

2. Counsel for Plaintiff reached out to counsel for Defendant over a weeks ago to inform them that she is still suffering injuries and pain from her accidents and needs to have additional diagnostic tests and pain management and needs additional time from her original estimate to treat and heal. Counsel for Plaintiff further informed counsel for Defendant that she had to put her dog down a few weeks ago. Counsel for Plaintiff continues to be in significant pain from her injuries and has continued to take a significant time off work to treat her injuries, attend physical therapy, and recover necessitating this stipulation to extend the response and reply deadlines.

3. Defendant is sympathetic to Plaintiff's counsel's immediate health concerns and recognizes the difficulties with the same. In that regard, Defendant has entered this stipulation so long as it is not prejudiced in preparing its briefs so the parties have also agreed to extend the response and reply deadlines for both parties.

4. The parties have agreed to extend the deadline to file responses to the dispositive motions until June 25, 2021. The parties have further agreed that replies will be due on July 16, 2021. No other deadlines are being extended by this stipulation, such as the deadline for discovery

and to file a motion to compel written discovery.

5. This stipulation to extend the dispositive motion deadline is brought in good faith, with a showing of good cause, and is not sought for any improper purpose or other purpose of delay, but to allow counsel for the Plaintiff time off from work due to her injuries, allow her time for treatment and physical therapy, seek additional diagnostic treatment and pain therapy, and time to heal from her injuries. This extension will allow counsel for Plaintiff the additional time necessary to do so prior to filing her response and reply.

WHEREFORE, the parties respectfully request by this stipulation that the Court extend the deadline to file responses to the pending dispositive motions from the current deadline of June 11, 2021 up to and including June 25, 2021. The parties further request that the Court extend the deadline to file replies to the dispositive motions from the current deadline of July 2, 2021 up to and including July 16, 2021.

DATED this 8th day of June, 2021.

| MELANIE HILL LAW PLLC | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ Melanie A. Hill<br>Melanie A. Hill, Esq. (NV Bar No. 8796)<br>1925 Village Center Circle, Ste. 150<br>Las Vegas, Nevada 89134<br>Telephone: (702) 362-8500<br>Facsimile: (702) 362-8505<br>Melanie@MelanieHillLaw.com<br>*Attorneys for Plaintiff Pamela Dittmar* | By: /s/ Kaitlin H. Paxton<br>R. Todd Creer (NV Bar No. 10016)<br>Kaitlin H. Paxton (NV Bar No. 13625)<br>3000 West Charleston Blvd., Suite 3<br>Las Vegas, Nevada 89102<br>Telephone: (702) 259-8640<br>Facsimile: (702) 259-8646<br>kpaxton@kzalaw.com<br>*Attorneys for Defendant City of North Las Vegas* |

**IT IS SO ORDERED:**

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

Dated: 6-10-21