KAMER ZUCKER ABBOTT
R. Todd Creer          #10016
Kaitlin H. Paxton      #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
tcreer@kzalaw.com
kpaxton@kzalaw.com

Attorneys for Defendant
City of North Las Vegas

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA DITTMAR, | Case No. 2:17-cv-02916-JAD-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF JOINT PRETRIAL ORDER DEADLINE** |
| vs. | |
| CITY OF NORTH LAS VEGAS, a municipal corporation, | **(First Request)** |
| Defendant. | ECF No. 120 |

Pursuant to Local Rule IA 6-1 and Local Rule 26-3, the parties, by and through their respective counsel of record, stipulate and request that the Court grant an extension of time to submit their Joint Pretrial Order by six (6) weeks, up to and including September 15, 2022.  In support of this Stipulation and Request, the parties state as follows:

1. The Court's Order of February 24, 2022 stayed the deadline to file the Pretrial Order for ten (10) days following the mandatory settlement conference. [ECF No. 116].

2. The mandatory settlement conference was held on July 25, 2022, and the case did not resolve. Accordingly, the current deadline for the Joint Pretrial Order is August 4, 2022.

3. The parties intend to diligently work to prepare the Joint Pretrial Order. However, counsel for Defendant has pre-scheduled commitments, including out-of-town travel, rendering them

unavailable to sufficiently confer with Plaintiff's counsel to prepare the Joint Pretrial Order by the current deadline. Plaintiff's counsel also has out-of-town travel plans in August and September for the Labor Day holiday and has requested that if the parties stipulate to extend the current deadline that it be extended until mid-September.

4. The parties also need time to meet and confer about issues subject to motions in limine.

5. Thus, the parties seek a six (6) week extension of time, up to and including September 15, 2022, to submit their Joint Pretrial Order.

6. This Request for an extension of time is not sought for any improper purpose or other purpose of delay.  Rather, it is sought by the parties solely to allow sufficient time to meet and confer and prepare the Joint Pretrial Order in this case following given that the case did not settle at the mandatory settlement conference as set forth above.

7. This is the first request for an extension of time of the Joint Pretrial Order deadline in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    WHEREFORE, the parties respectfully request that the Court extend the Joint Pretrial Order

2  deadline from **August 4, 2022** to **September 15, 2022** in this matter.

3    DATED this 29th day of July, 2022.

4  Respectfully submitted,                    Respectfully submitted,

5  MELANIE HILL LAW PLLC                       KAMER ZUCKER ABBOTT

6  /s/ Melanie A. Hill                         /s/ Kaitlin H. Paxton
7  Melanie A. Hill          #8796             R. Todd Creer          #10016
   1925 Village Center Circle, Suite 150       Kaitlin H. Paxton      #13625
   Las Vegas, Nevada 89134                     3000 West Charleston Boulevard, Suite 3
8  Tel: (702) 362-8500                         Las Vegas, Nevada 89102
   Fax: (702) 362-8505                         Tel: (702) 259-8640
9                                              Fax: (702) 259-8646

10 Attorney for Plaintiff                      Attorneys for Defendant
   Pamela Dittmar                              City of North Las Vegas
11

12    **IT IS SO ORDERED.**
13

14  8/12/22, nunc pro tunc to 8/4/22

15 **DATE**                                    **UNITED STATES DISTRICT JUDGE**

16

17

18

19

20

21

22

23

24