```
KAMER ZUCKER ABBOTT
R. Todd Creer          #10016
Kaitlin H. Paxton      #13625
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Tel: (702) 259-8640
Fax: (702) 259-8646
tcreer@kzalaw.com
kpaxton@kzalaw.com
```

Attorneys for Defendant
City of North Las Vegas

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PAMELA DITTMAR, | Case No. 2:17-cv-02916-JAD-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| CITY OF NORTH LAS VEGAS, a municipal corporation, | **ECF Nos. 204, 212, 217** |
| Defendant. | |

Plaintiff Pamela Dittmar and Defendant City of North Las Vegas, by and through their respective counsel of record, hereby stipulate and request that the Court order as follows:

1. This case is dismissed in its entirety with prejudice, including any further proceedings by Plaintiff such as, but not limited to, any and all post-trial motions.

2. Plaintiff will dismiss her appeal with prejudice.

3. Plaintiff has or will immediately pay to the City of North Las Vegas the amount of $2,000.00. Each party will otherwise bear their own costs and fees.

4. Upon payment of the foregoing sum by Plaintiff, Defendant will waive the collection of costs and fees against Plaintiff and the respective bill of costs and motion for attorneys' fees are deemed withdrawn.

5. The parties will work cooperatively to have this matter and the pending appeal dismissed with prejudice and closed.

DATED this 3rd day of May, 2024.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| MELANIE HILL LAW PLLC | KAMER ZUCKER ABBOTT |
| /s/ Melanie A. Hill | /s/ R. Todd Creer |
| Melanie A. Hill           #8796 | R. Todd Creer           #10016 |
| 1925 Village Center Circle, Suite 150 | Kaitlin H. Paxton        #13625 |
| Las Vegas, NV 89134 | 6325 South Jones Boulevard, Suite 300 |
| Tel: (702) 362-8500 | Las Vegas, Nevada 89118 |
| Fax: (702) 362-8505 | Tel: (702) 259-8640 |
| | Fax: (702) 259-8646 |
| Attorney for Plaintiff | Attorneys for Defendant |
| Pamela Dittmar | City of North Las Vegas |

**ORDER**

Based on the parties' stipulation [ECF No. 217] and good cause appearing, IT IS ORDERED that **THIS ACTION IS DISMISSED with prejudice**, each side to bear its own fees and costs except as otherwise stipulated above. All pending motions **[ECF Nos. 204, 212] are DENIED as moot.** The Clerk of Court is directed to CLOSE THIS CASE.

  5/6/24  
**DATE**                                                                **UNITED STATES DISTRICT JUDGE**